IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SCOTT R. COWEN, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. CIV-24-1041-PRW |
| LELAND DUDEK, Acting Commissioner of the Social Security Administration, | ) |
|        Defendant. | ) |

## **ORDER**

This 42 U.S.C. § 405(g) action for judicial review of the final decision of the Commissioner of the Social Security Administration was referred to United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636. On April 28, 2025, Judge Mitchell issued a Report and Recommendation (Dkt. 19), recommending that the Court affirm the final decision of Defendant Commissioner. Judge Mitchell advised the parties of their right to object to the Report and Recommendation on or before May 12, 2025, and that any failure to do so would result in a waiver of the right to appellate review.[1] Neither party has filed an objection to the Report & Recommendation (Dkt. 19) within the time limit prescribed.

---

[1] *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

1

Upon review, the Court **ADOPTS** Magistrate Judge Mitchell's Report & Recommendation (Dkt. 19) in its entirety and **AFFIRMS** the decision of the Commissioner. A judgment shall follow.

**IT IS SO ORDERED** this 2nd day of June 2025.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE